*Amber Pederson*
*5010 Meandering Lane, Unit C*
*Corpus Christi TX 78413*
*T: 361-446-8869*

```
----FILED
----LSGED      MAIL
----RECEIVED
```

APR 02 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____DEPUTY

March 30, 2012

United States District Court
Clerk of the Court
U.S. Courthouse
700 Stewart Street, Lobby Level
Seattle, WA 98101



**11-CV-01301-ORD**

Re:     Case No. 2:11-cv-1301-JCC; *Alyson Herfert v. Crayola LLC,* in the United States
        District Court, Western District of Washington at Seattle.

Dear Clerk of the Court:

        My name, address, telephone number and email address are as follows:

                        Amber Pederson
                    5010 Meandering Lane, Unit C
                      Corpus Christi TX 78413
                        T: 361-446-8869
                    Email: bolenbarker@yahoo.com

        I am a class member because I acquired 2011 Crayola Washable Colored Bubbles
products as defined in the class notice.  Specifically, my mother-in-law purchased the
Crayola Washable Colored Bubbles for me to give to my son for Easter.  She purchased
the "Washable Colored Bubbles" three-pack [SKU number 03-7503]. See my affidavit
attached as Exh. A along with my supporting proof of my claim.

        I object to this settlement for the following reasons:

        Part of the claimed relief under this settlement has already occurred based on the
defendant pursuing its own self-interest in changing its product in 2012.  Whether or not
this Court approves this settlement will play no part in whether this product cycle will
occur: it has already occurred.  That is illusory relief and the fact that class counsel is
trying to claim credit under this settlement is indicative of the weakness of this
settlement.

        Compensation for property damage or cleaning costs is also completely illusory.
There is no guaranteed minimum payout, there are no clear rules that will be followed,
and Crayola itself has too much power in the claims process.  If any value is to be

attributed to the property damage or cleaning cost compensation, the Court should wait until all claims data is in before assessing any value. Alternatively, the value of this compensation should be regarded as zero. Class members who have property damage or cleaning cost claims already had the right to petition Crayola for cleaning, replacement, etc... This settlement, far from providing any guaranteed relief, simply limits the avenues for recovery for class members who do not opt out.

With respect to the purchase costs, the funds available is far to modest and the ceiling limits class members' damages too severely.

This settlement is illusory and its proponents cannot sustain their burden of proof on fairness, reasonableness and adequacy.

Attorneys' fees are excessive under either a lodestar or percentage of recovery analysis.

I have not been an objector in any other case and I am pro se. I will not attend the hearing, so I ask you to please consider this letter and ask that the Court consider my objection at the fairness hearing.

Sincerely,

Amber Pederson

cc:     Lynn Lincoln Sarko
        Gretchen Freeman Cappio
        Keller Rohrback, L.L.P.
        1201 Third Avenue, Ste 3200
        Seattle, WA 98101

## AFFIDAVIT OF AMBER PEDERSON

STATE OF TEXAS               §
                             §
COUNTY OF NUECES             §

BEFORE ME, the undersigned notary, on this day, personally appeared

AMBER PEDERSON, a person whose identity is known to me. After I

administered an oath to her, upon her oath, she said:

> "My name is Amber Pederson. I am over the age of eighteen (18)
> years. I have never been convicted of a felony. I am qualified and
> competent to make this affidavit. The facts stated herein are within
> my personal knowledge.
>
> I acquired the 2011 Crayola Washable Colored Bubbles product as
> defined in the class notice.  Specifically, my mother-in-law
> purchased the Crayola Washable Colored Bubbles for me to give to
> my son for Easter. She purchased the "Washable Colored Bubbles"
> three-pack [SKU number 03-7503]. The bubbles stained my white
> truck with blue spots, and I had to take the truck to the car wash
> which cost me money. Also, my son's walker was ruined because
> the bubbles stained the seat and back as well as the white tray. I had
> to replace his walker because I couldn't get the stains out of the
> fabric. The bubbles stained my concrete driveway with blue spots
> and stained the bottom of my garage door. I had to bleach my tub
> after my son's bath because of the stains left from the bubbles. My
> son's clothes were stained and his hands and face were stained from
> the bubbles. I bathed him several times to get the color off his hands
> and face. Attached to this affidavit are photos taken at Easter of my
> son with the bubbles and also a photo of my son in his walker before
> the bubbles stained and ruined it."

Further Affiant Sayeth Naught.

DATED this the 30th day of March 2012.

_Amber Pederson_
Amber Pederson, Affiant

SWORN TO AND SUBSCRIBED before me on this the 30th day of
March 2012.


**M MARGOT VALDEZ**
Notary Public
STATE OF TEXAS
My Comm. Exp. 01-17-2016

_M. Margot Valdez_
Notary Public in and for
The State of Texas

Exh A








BUNDLE HOME & AUTO
FOR HUGE SAVINGS.




- Email signup
- Product Alerts
- My account
- Help
- Find more great products at Toys R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gieoffrey's Birthday Club
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- New Arrivals Car Seats Infant Car Seats Convertible Car Seats Booster Car Seats More >> Strollers Travel System Strollers Lightweight Strollers Jogging Strollers More >> Diapering Destination Diapers by Baby Weight Diapers by Size Diapers by Brand Diaper Bags More >> Baby Care Essentials Food & Formula Skin Care & First Aid Bathing More >>
- Baby Toys Gyms & Playmats Crib Toys More >> Baby Gear Car Seats Diaper Bags Strollers Baby Carriers Playards More >> Activity Bouncers Gyms & Playmats Stationary Entertainers Infant Positioners More >> Bath & Potty Bathing More >> Feeding Bottle-Feeding Breastfeeding Food & Formula High Chairs & Booster Seats More >>
- Gift Ideas Picture Frames More >> Just for Mom Diaper Bags Picture Frames More >> Books, Music & DVD Music DVD More >> Health & Safety Safety Gates Baby Monitors More >> Baby Clothes & Accessories Baby Boy Clothes Baby Girl Clothes More >>
- Natural & Organic Bedding More >> Nursery Bedding Cribs Furniture Mattresses Nursery Decor Blankets & Wearable Blankets More >> Toddler & Kids Booster Car Seats Furniture Bedding Mattresses High Chairs & Booster Seats Bathing More >> Clean & Healthy Skin Care & First Aid Detergent & Cleaning Products More >>
- Babies R Us Exclusives Personalized Shop Top Rated Baby's Firsts Grandparents' Corner Grow With Me Clearance Top Baby Registry Items Collections
- AVENT Babies "R" Us Babies R Us Exclusives Baby Cache BOB Strollers Boppy Britax Carter's Chicco Fisher-Price Graco Kids Line Medela Munchkin Peg-Perego Safety 1st Summer Infant Tommee Tippee See All >>
- Gear Collections by Pattern Collections by Color Collections by Gender Collections by Theme Collections by Finish

0 items

Baby Products    GO!
Welcome! Login or create an account. Learn why


free shipping: Shipped Anywhere! Or Use In-Store Pick Up!    learn more ›

Home  >  Activity  >  Walkers & Jumpers

Print Page    Email A Friend



## Disney Baby Music & Lights Walker - Sweet as Hunny

By: Safety 1st

Like     Send    185 people like this  Be the first of your friends.

This product is part of the Sweet as Hunny by Disney collection.

SHIPS FREE Ships Free with a purchase of $100 or more!

(Details)

Shipping:
Usually leaves warehouse in 2 - 3 full bus. days. - (details)

3.2   (24 reviews)
Read 24 Customer Reviews
Rate and Review this Item

## Our Price: $49.99

Quantity: 1

- In stock for shipping
- Not eligible for Store Pickup
- Not sold in stores

    





11/27/2011

The Disney Baby Music & Lights Walker is perfect for your active little one. The sturdy wheels work well on both hardwood floors and carpets, so your baby can take adventures through different rooms in your home, while grip strips reduce movement on uneven surfaces. The oversize snack/play tray features your child's favorite Disney characters, while the two activity trays swing open easily for snack time or to accommodate other toys. The machine-washable, adjustable seat allows the walker to grow with your baby, and it folds down easily for storage and travel.
*Some images may depict an alternate color  Actual color is Sweet as Hunny.*

## Features

11/16/2011



**Sturdy wheels**

The sturdy wheels work well on both hardwood floors and carpets. The walker features grip strips to reduce movement on uneven surfaces.



**Snack/play tray**

The oversize snack/play tray features your child's favorite Disney characters. The two activity trays conveniently swing open for snack time or to accommodate other toys.



**Adjustable seat**

The seat easily adjusts to three different heights, allowing the walker to grow with your baby  The seat is machine washable for easy cleaning.



**Folds down**

The walker folds down easily for storage and travel. This makes it simple to take the walker on the go.

7/28/2011

**Product Description**
The Disney Baby Music & Lights Walker in Sweet as Hunny offers hours of fun for your little one. Sturdy wheels work well on floors and carpet alike, while the grip strips reduce walker movement on uneven surfaces. The oversized snack/play tray features the Disney characters your child loves so well and conveniently swings open for snack time or to accommodate other toys. With a machine-washable padded seat, cleaning the walker is as easy as A-B-C!

The Disney Baby Music & Lights Walker - Sweet as Hunny features:
- The Disney Music & Lights Walker features oversized snack/play tray and 2 swing open activity trays
- Seat easily adjusts to 2 different heights. Sturdy walker wheels work on floors or carpets
- Grip strips reduce movement on uneven surfaces
- Machine washable padded seat
- Folds down easily for storage and travel

7/16/2011

Amber Peterson
5010 Meandering Lane Unit C
Corpus Christi, TX, 78413

United States District Court
Clerk of the Court
US Courthouse
700 Stewart Street, Lobby Level
Seattle WA 98101