```
 1                   UNITED STATES DISTRICT COURT

 2                WESTERN DISTRICT OF WASHINGTON AT SEATTLE
    _____
 3
     ALYSON HERFERT, ET AL.,         )
 4                                   )
           Plaintiffs,               )  NO. C11-1301JCC
 5                                   )
     v.                              )  SEATTLE, WASHINGTON
 6                                   )  April 24, 2012
     CRAYOLA, LLC, et al.,           )
 7                                   )  MOTION HEARING
           Defendants.               )
 8                                   )
    _____
 9
                   VERBATIM REPORT OF PROCEEDINGS
10            BEFORE THE HONORABLE JOHN C. COUGHENOUR
                   UNITED STATES DISTRICT JUDGE
11  _____

12

13   APPEARANCES:

14    For Plaintiffs:         MS. GRETCHEN F. CAPPIO
                              MR. HARRY WILLIAMS, IV
15

16
      For Defendants:         MS. HOLLY P. SMITH
17                            MS. KATHY ANN COCHRAN
                              MR. JOHN K. SHERK
18

19

20    Reported by:            Kari McGrath, CCR, RMR, CRR
                              Federal Court Reporter
21                            206.370.8509
                              kari_mcgrath@wawd.uscourts.gov
22

23

24
     Proceedings recorded by mechanical stenography, transcript
25   produced by Reporter on computer.
```

```
 1                         PROCEEDINGS
 2  _____
 3          THE CLERK:  Calling Case C11-1301, Alyson Herfert, et
 4  al. v. Crayola, LLC, et al.
 5      Counsel, please come forward and make your appearances.
 6          MS. CAPPIO:  Your Honor, Gretchen Cappio of Keller
 7  Rohrback for plaintiffs.
 8          THE COURT:  Good morning.
 9          MS. CAPPIO:  Good morning.
10          MR. WILLIAMS:  Harry Williams, also for plaintiffs.
11          MR. SHERK:  John Sherk, Shook Hardy & Bacon, for
12  Crayola.
13          MS. SMITH:  Holly --
14          MS. COCHRAN:  Kathy Cochran for Crayola.
15          MS. SMITH:  We didn't organize this well, I guess.
16  Holly Smith, Shook Hardy & Bacon, as well for Crayola.
17          THE COURT:  Very colorful outfit, Ms. Cochran.
18          MS. COCHRAN:  Thank you.
19          THE COURT:  Does anybody want to be heard?
20      First of all, is there anybody here in response to the
21  notice and wishes to make an objection to the settlement?
22  And I see no response.
23      Does anybody wish to be heard?
24          MS. CAPPIO:  We are happy to make a few comments,
25  your Honor.  I know we have put everything in our papers.  It
```

```
 1  depends on what your Honor needs to ask.
 2          THE COURT:  I don't need anything else, unless you
 3  want to make some comment.  Do you folks?
 4          MR. SHERK:  No.
 5          THE COURT:  All right.  I am signing the order
 6  approving the settlement and the attorney's fee application.
 7          MS. CAPPIO:  Thank you very much, your Honor.
 8          MR. SHERK:  Thank you, your Honor.
 9          THE COURT:  All right.  Thank you.
10          (Proceedings adjourned.)
11
12
13                      * * * * * * * * *
14
15                      C E R T I F I C A T E
16
17      I certify that the foregoing is a correct transcript
18  from the record of proceedings in the above-entitled matter.
19
20                          /S/   KARI McGRATH
21                          Kari McGrath, CCR, CRR, RMR
22                          Official Court Reporter
23
24
25
```