The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALYSON HERFERT, TALANA WILEY, SHANNON GORDNER, KATHRYN DE PEUTER, BECKY KUHL, ALANNA WASKO, and DENIZ ZOELLER, on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CRAYOLA LLC, <br><br> Defendant. | No. 2:11-cv-1301-JCC <br><br> DECLARATION OF LYNN LINCOLN SARKO IN SUPPORT OF JOINT MOTION TO REQUIRE ATTORNEY CHRISTOPHER BANDAS AND OBJECTOR AMBER PEDERSON TO POST APPEAL BOND, AND SEEKING ANY OTHER APPROPRIATE RELIEF TO PROTECT THE CLASS |

1.      I, Lynn Lincoln Sarko, am the managing partner at the law firm of Keller Rohrback L.L.P.  On March 12, 2012, the Court appointed Keller Rohrback L.L.P. as Lead Counsel in this case and I have personal knowledge of the information in this Declaration.  If called upon, I could and would testify that the following facts are true and correct based upon my personal knowledge.

2.      Amber Pederson filed a written Objection to the Settlement in this action on April 2, 2012.  (*Herfert v. Crayola*, No. 11-1301, Dkt. No. 47 (W.D. Wash. Apr. 2, 2012).)  Ms.

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Pederson filed this objection *pro se.*  (*Id.*)  Ms. Pederson's objection was notarized by Margot

Valdez.  (*Id.*)

3.      Attached as Exhibit 1 is a true and correct copy of Ms. Valdez' LinkedIn Profile,

downloaded on June 13, 2012, indicating her employer as Bandas Law Firm P.C.  The profile

indicates that she "[c]urrently holds this position."

4.      As reflected in the Minute Entry, on April 24, 2012, the Court considered whether

to grant final approval of the Settlement in this case.  (Dkt. No. 50.)  As further reflected in the

Minute Entry, the Court inquired if any persons appeared to object to the Settlement, and found

that there were none.  (*Id.*)

5.      Although the Minute Entry for the Final Approval hearing reveals that Ms.

Pederson failed to appear, Ms. Pederson's written objections were filed with the Court. (Dkt. No.

47.)  As reflected in the Final Order, the Court considered all matters and papers submitted to it

in deciding whether to grant final approval.  (Dkt. No. 51 at 4.)  The Court approved the

Settlement over Ms. Pederson's objections and filed a written Order granting final approval on

April 27, 2012.  (*See id.*)

6.      On May 14, 2012, Ms. Pederson filed a notice of appeal *pro se.*  (Dkt. No. 54.)

7.      On May 24, 2012, I called Ms. Pederson at the telephone number she provided in

her objection.  Christopher Bandas, an attorney at the Bandas Law Firm in Corpus Christi,

Texas, returned my call.  Mr. Bandas informed me that he represents Amber Pederson.  Mr.

Bandas did not file a notice of appearance on her behalf in the District Court.  He also has not yet

filed a notice of appearance on Ms. Pederson's behalf in her appeal to the Ninth Circuit.

Attached as Exhibit 2 is a true and correct copy of the docket in Ms. Pederson's appeal to the

Ninth Circuit as of today, June 21, 2012, at 1:45 p.m.

DECLARATION OF LYNN LINCOLN SARKO IN SUPPORT OF
JOINT MOTION TO REQUIRE ATTORNEY CHRISTOPHER
BANDAS AND OBJECTOR AMBER PEDERSON TO POST
APPEAL BOND, AND SEEKING ANY OTHER APPROPRIATE
RELIEF TO PROTECT THE CLASS  11-CV-1301-JCC  Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

8.      Attached as Exhibit 3 is a true and correct copy of a chart that plaintiffs' counsel filed in *In re Cathode Ray Tube (CRT) Antitrust Litig.*, No. 07-5944, Dkt. No. 1089-1, at 16-22 (N.D. Cal. Mar. 15, 2012) to illustrate the numerous objections and appeals that Mr. Bandas has filed to class action settlements.

9.      Attached as Exhibit 4 is a true and correct excerpt of the docket in *Conroy v. 3M Corp.*, No. 00-02810 (N.D. Cal.), showing docket entry number 265, where the court granted a motion to require objectors and the Bandas Law Firm jointly and severally to post an appeal bond in the amount of $431,167.00.

10.     Plaintiffs and Defendant jointly request that Objector-Appellant Amber Pederson and attorney Christopher Bandas post an appeal bond in the amount of $20,000.  This amount includes a reasonable estimate of costs permitted under Federal Rule of Appellate Procedure 39(e); it also includes attorney fees and accounts for the lack of merit of the appeal and the involvement of professional objector Christopher Bandas.

DATED this 21st day of June, 2012.

KELLER ROHRBACK L.L.P.

By /s/ Lynn Lincoln Sarko
    Lynn Lincoln Sarko, WSBA # 16569

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384