1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALYSON HERFERT, TALANA WILEY,
SHANNON GORDNER, KATHRYN DE
PEUTER, BECKY KUHL, ALANNA
WASKO, and DENIZ ZOELLER, on behalf of
themselves and all others similarly situated,

                                    Plaintiffs,

        v.

CRAYOLA LLC,

                                    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2:11-cv-1301-JCC

JOINT REPLY ON JOINT MOTION TO
REQUIRE ATTORNEYS DARRELL
PALMER, CHRISTOPHER BANDAS
AND OBJECTOR AMBER PEDERSON
TO POST APPEAL BOND, AND
SEEKING ANY OTHER APPROPRIATE
RELIEF TO PROTECT THE CLASS

ORAL ARGUMENT REQUESTED

NOTE ON MOTION CALENDAR:
JULY 6, 2012

The parties have crafted a settlement that provides complete and immediate relief to

the Class. The parties respect the right of legitimate objectors, but given the strength of this

settlement, an appeal bond is appropriate to protect the Class from the single objector who

stands in the way of relief for millions of Class Members.

In her late-filed opposing brief, Ms. Pederson correctly cites *Azizian v. Federated

Department Stores*, 499 F.3d 950 (9th Cir. 2007), but she draws the wrong lesson from that

case. *Azizian* joins the "majority rule" in holding that "a district court may order security for

JOINT REPLY ON JOINT MOTION TO REQUIRE
ATTORNEYS DARRELL PALMER, CHRISTOPHER
BANDAS AND OBJECTOR AMBER PEDERSON TO POST
APPEAL BOND, AND SEEKING ANY OTHER
APPROPRIATE RELIEF TO PROTECT THE CLASS(Cause
No. 2:11-cv-01301-JCC) – 1

appellate attorney's fees in a Rule 7 bond if they would be treated as recoverable costs under an applicable fee-shifting statute." 499 F.3d at 955. As the Ninth Circuit held in *Azizian,* "The . . . majority rule, adopted by the Second, Sixth, and Eleventh Circuits, holds that a district court may order security for appellate attorney's fees in a Rule 7 bond if they would be treated as recoverable costs under an applicable fee-shifting statute." *Id.* (citations omitted). Accordingly, under this rule where Plaintiffs have sued under UDAP statutes, as here, the Court has discretion to determine an appropriate appeals bond. *See, e.g.*, RCW 19.86.090 (fee shifting statute of Washington CPA, which describes attorneys' fees as costs recoverable by injured parties, as defined in the statute).

The Objector's attorney claims, without a supporting declaration, that Ms. Pederson cannot post a $20,000 bond. Given the strength of the settlement and Ms. Pederson's counsels' poor track record, *see* Declaration of Kathy A. Cochran attached hereto (listing numerous cases in which Mr. Palmer has filed meritless appeals), and *see also* Exhibit 1 attached to Docket 57, the parties request an appeal bond in an amount the Court finds appropriate, and would be happy to appear if it would be helpful to the Court.

JOINT REPLY ON JOINT MOTION TO REQUIRE
ATTORNEYS DARRELL PALMER, CHRISTOPHER
BANDAS AND OBJECTOR AMBER PEDERSON TO POST
APPEAL BOND, AND SEEKING ANY OTHER
APPROPRIATE RELIEF TO PROTECT THE CLASS(Cause
No. 2:11-cv-01301-JCC) – 2

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

DATED this 6th day of July, 2012.

| | |
|---|---|
| WILSON SMITH COCHRAN DICKERSON | KELLER ROHRBACK L.L.P. |
| By s/ Kathy A. Cochran | By s/ Lynn Lincoln Sarko |
| Kathy A. Cochran, WSBA# 5775 | Lynn Lincoln Sarko, WSBA #16569 |
| 901 Fifth Avenue, Ste. 1700 | Gretchen Freeman Cappio, WSBA #29576 |
| Seattle, WA 98164-2050 | Harry Williams IV, WSBA #41020 |
| Telephone: (206) 623-4100 | Laura Gerber, WSBA #34981 |
| Facsimile: (206) 623-9273 | KELLER ROHRBACK, LLP |
| | 1201 Third Avenue, Ste. 3200 |
| SHOOK, HARDY & BACON, LLP | Seattle, WA 98101 |
| | Telephone: (206) 623-1900 |
| By s/ John K. Sherk | Facsimile: (206) 623-3384 |
| John K. Sherk, III | |
| Holly P. Smith | Sharon T. Hritz |
| 2555 Grand Blvd. | KELLER ROHRBACK, LLP |
| Kansas City, MO 64108-2613 | 1129 State Street, Ste. 8 |
| Telephone: (816) 474-6550 | Santa Barbara, CA 93101 |
| Facsimile: (816) 421-5547 | Telephone: (805) 456-1496 |
| | Facsimile: (805) 456-1497 |
| *Attorneys for Defendant* | |
| | FINKELSTEIN THOMPSON LLP |
| | |
| | Mila F. Bartos |
| | Robert O. Wilson |
| | Eugene J. Benick |
| | FINKELSTEIN THOMPSON LLP |
| | James Place |
| | 1077 30th Street NW, Ste. 150 |
| | Washington, DC 20007 |
| | Telephone: (202) 337-8000 |
| | Facsimile: (202) 337 8090 |
| | |
| | *Attorneys for Plaintiffs* |

JOINT REPLY ON JOINT MOTION TO REQUIRE
ATTORNEYS DARRELL PALMER, CHRISTOPHER
BANDAS AND OBJECTOR AMBER PEDERSON TO POST
APPEAL BOND, AND SEEKING ANY OTHER
APPROPRIATE RELIEF TO PROTECT THE CLASS(Cause
No. 2:11-cv-01301-JCC) – 3

1

**CERTIFICATE OF SERVICE**

2          I certify that on this 6th day of July, 2012, I electronically filed the foregoing

3   documents with the Clerk of the Court using the CM/ECF system, which will send

4   notification of such filing to all parties or their counsel.

5          I also certify that I on July 6, 2012, I caused a true and correct copy of the foregoing to

6   be sent via overnight delivery to the following:

7

8   Mr. Darrell Palmer
    Law Offices Of Darrell Palmer
9   603 North Highway 101, Suite A
    Solana Beach, CA 92075

10  Mr. Christopher Bandas
    Bandas Law Firm, P.C.
11  500 N. Shoreline Blvd., Suite 1020
    Corpus Christi, TX 78741

12

13                              *s/ Traci Jay*
                                Traci Jay

14

15

16

17

18

19

20

21

22

23

JOINT REPLY ON JOINT MOTION TO REQUIRE
ATTORNEYS DARRELL PALMER, CHRISTOPHER
BANDAS AND OBJECTOR AMBER PEDERSON TO POST
APPEAL BOND, AND SEEKING ANY OTHER
APPROPRIATE RELIEF TO PROTECT THE CLASS(Cause
No. 2:11-cv-01301-JCC) – 4

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273