The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALYSON HERFERT, TALANA WILEY, SHANNON GORDNER, KATHRYN DE PEUTER, BECKY KUHL, ALANNA WASKO, and DENIZ ZOELLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRAYOLA LLC,<br><br>Defendant. | No. 2:11-cv-1301-JCC<br><br>DECLARATION OF KATHY A. COCHAN IN SUPPORT OF JOINT REPLY ON JOINT MOTION TO REQUIRE ATTORNEYS DARRELL PALMER, CHRISTOPHER BANDAS AND OBJECTOR AMBER PEDERSON TO POST APPEAL BOND, AND SEEKING ANY OTHER APPROPRIATE RELIEF TO PROTECT THE CLASS<br><br>ORAL ARGUMENT REQUESTED<br><br>NOTE ON MOTION CALENDAR: JULY 6, 2012 |

1. I, Kathy A. Cochran, am a partner at the law firm of Wilson Smith Cochran Dickerson. I have personal knowledge of the information in this Declaration. If called upon, I could and would testify that the following facts are true and correct based upon my personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of a chart that the indirect-purchaser plaintiffs' and settling states' counsel filed in *In Re TFT-LCD (Flat Panel) Antitrust*

COCHRAN DECLARATION IN SUPP OF REPLY ON JOINT MOTION TO REQUIRE ATTORNEYS DARRELL PALMER, CHRISTOPHER BANDAS AND OBJECTOR AMBER PEDERSON TO POST APPEAL BOND, AND SEEKING ANY OTHER APPROPRIATE RELIEF TO PROTECT THE CLASS(Cause No. 2:11-cv-01301-JCC) – 1

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

*Litig.*, No. 07-1827, Dkt. No. 5601, at 23-28 (N.D. Cal. May 4, 2012) to illustrate the numerous objections and appeals that Mr. Palmer has filed to class action settlements.

      3.    I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

      DATED at Seattle, Washington this 6th day of July, 2012.

        *s/ Kathy A. Cochran*
        KATHY A. COCHRAN

COCHRAN DECLARATION IN SUPP OF REPLY ON JOINT MOTION TO REQUIRE ATTORNEYS DARRELL PALMER, CHRISTOPHER BANDAS AND OBJECTOR AMBER PEDERSON TO POST APPEAL BOND, AND SEEKING ANY OTHER APPROPRIATE RELIEF TO PROTECT THE CLASS(Cause No. 2:11-cv-01301-JCC) – 2

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

# CERTIFICATE OF SERVICE

I certify that on this 6th day of July, 2012, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties or their counsel.

I also certify that I on July 6, 2012, I caused a true and correct copy of the foregoing to be sent via overnight delivery to the following:

Mr. Darrell Palmer
Law Offices Of Darrell Palmer
603 North Highway 101, Suite A
Solana Beach, CA 92075

Mr. Christopher Bandas
Bandas Law Firm, P.C.
500 N. Shoreline Blvd., Suite 1020
Corpus Christi, TX 78741

*s/ Traci Jay*
Traci Jay

COCHRAN DECLARATION IN SUPP OF REPLY ON JOINT MOTION TO REQUIRE ATTORNEYS DARRELL PALMER, CHRISTOPHER BANDAS AND OBJECTOR AMBER PEDERSON TO POST APPEAL BOND, AND SEEKING ANY OTHER APPROPRIATE RELIEF TO PROTECT THE CLASS(Cause No. 2:11-cv-01301-JCC) – 3

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273