AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| ALYSON HERFERT, ET AL. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:11-CV-1301-JCC |
| CRAYOLA LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AMBER PEDERSON

Date:   07/12/2012

/s/ Steve Dashiak
*Attorney's signature*

Steve Dashiak (Bar No. 39836)
*Printed name and bar number*

14900 Interurban Avenue South #271
Tukwila, WA 98188

*Address*

stevedashiak@gmail.com
*E-mail address*

(206) 595-6311
*Telephone number*

*FAX number*