THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALYSON HERFERT, et al., <br><br> Plaintiff, <br><br> v. <br><br> CRAYOLA, LLC, et al., <br><br> Defendants. | CASE NO. C11-1301 JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' motion for an appeal bond. (Dkt. No. 56). The Court held oral argument on the motion on July 31, 2012. Claimant's counsel did not appear. The motion is therefore GRANTED. Objector Amber Pederson is ORDERED to file an appeal bond in the amount of $20,000.

DATED this 31st day of July 2012.

William M. McCool
Clerk of Court

s/Tim Farrell
Deputy Clerk

MINUTE ORDER, C11-1301 JCC
PAGE - 1