The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ALYSON HERFERT, TALANA WILEY, SHANNON GORDNER, KATHRYN DE PEUTER, BECKY KUHL, ALANNA WASKO, and DENIZ ZOELLER, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>CRAYOLA LLC,<br><br>        Defendant. | Case No. 2:11-cv-1301-JCC<br><br>AMENDED NOTICE OF CIVIL APPEAL |

Notice is hereby given that AMBER PEDERSON, Objector, hereby amends her May 14, 2012, notice of appeal (Dkt. No. 54), currently docketed at the United States Court of Appeals for the Ninth Circuit as Case No. 12-35393.

/ / /

/ / /

/ / /

---

AMENDED NOTICE OF CIVIL APPEAL
2:11-cv-1301-JCC  - Page 1

Law Offices of Darrell Palmer PC
603 N. Highway 101, Ste. A, Solana Beach CA 92075
Phone (858) 792-5600 / Fax (858) 792-5655

proceeding

In addition to the already pending appeal from the Court's Final Order and Judgment [Dkt. No. 51] entered on April 27, 2012, Ms. Pederson is also appealing from Dkt. No. 67, the Court's "Minute Order," entered on July 31, 2012.

                                              LAW OFFICES OF DARRELL PALMER PC

Dated:   August 7, 2012                 By: _____/s/ Darrell Palmer_____
                                                       Darrell Palmer
                                                       Attorney for Objector Amber Pederson

                                                       Darrell Palmer (Admitted *Pro Hac Vice*)
                                                       Law Offices of Darrell Palmer PC
                                                       603 N. Highway 101, Suite A
                                                       Solana Beach, CA 92075
                                                       Phone: 858-792-5600
                                                       Fax: 858-792-5655
                                                       Email: darrell.palmer@palmerlegalteam.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2012, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Western District of Washington by using the USDC CM/ECF system.

I certify that service on participants in the case who are registered CM/ECF users will be accomplished by the USDC CM/ECF system.

                                              By ____/s/ Darrell Palmer_____
                                                  Darrell Palmer

AMENDED NOTICE OF CIVIL APPEAL
2:11-cv-1301-JCC  - Page 2                                       Law Offices of Darrell Palmer PC
                                                  603 N. Highway 101, Ste. A, Solana Beach CA 92075
                                                            Phone (858) 792-5600 / Fax (858) 792-5655