THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALYSON HERFERT,

                Plaintiff,

    v.

CRAYOLA, LLC,

                Defendant.

CASE NO. C11-1301 JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On July 31st, 2012, the Court issued a minute order granting the parties' motion for an appeal bond. (Dkt. No. 67). The minute order referred to Amber Pederson with two different titles, and did not impose a deadline to file the bond. The order is amended as follows:

> This matter comes before the Court on the parties' motion for an appeal bond. (Dkt. No. 56). The Court held oral argument on the motion on July 31, 2012. Claimant's counsel did not appear. The motion is therefore GRANTED. Claimant Amber Pederson is ORDERED to file an appeal bond in the amount of $20,000 no later than August 31, 2012.

The Court also addresses a more serious matter. Darrell Palmer, Claimant's counsel, submitted a *pro hac vice* application in which he declared under penalty of perjury that he had not been disbarred or formally censured by a court of record or by a state bar association. (Dkt. No. 59). The California Bar Association web site states that Mr. Palmer was suspended and publicly reproved as a result of a conviction. The Court would like to give Mr. Palmer an opportunity to explain his

1   statements. He is therefore ORDERED to appear in person before the Court on August 21, 2012 at

2   9:30 a.m. and show cause why he should not be sanctioned. Failure to attend for any reason will

3   result in the loss of his *pro hac vice* status.

4         DATED this 10th day of August 2012.

5                            William M. McCool

6                            Clerk of Court

7                            s/Tim Farrell

8                            Deputy Clerk

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26