THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALYSON HERFERT, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CRAYOLA, LLC,<br><br>  Defendant. | CASE NO. C11-1301-JCC<br><br>ORDER DENYING APPLICATION OF CLAIMANT'S COUNSEL DARRELL PALMER TO APPEAR PRO HAC VICE |

The application of Claimant's counsel, Darrell Palmer, to appear pro hac vice (Dkt. No. 59, as amended (Dkt. Nos. 72, 73)) is denied for failure to appear at a prior hearing and for material nondisclosures in his application. Mr. Palmer falsely declared under penalty of perjury that he had not been disbarred or formally censured by a court of record or by a state bar association. (Dkt. No. 59). In fact, Mr. Palmer was temporarily suspended from the Colorado Bar Association, the State Bar of Arizona, and the State Bar of California as a result of a Colorado felony conviction. Mr. Palmer has submitted a letter to the Court attributing his failure to disclose these suspensions to an oversight on the part of his assistant. Any professional should know better than to blame his assistant for such a serious misstatement in a document containing his own signature. The Court relies on an attorney's signature as his personal attestation that the information submitted is true and complete. It was Mr. Palmer's responsibility, and his alone, to ensure the accuracy of his application.

For the foregoing reasons, the application of Claimant's Counsel, Darrell Palmer, to appear pro hac vice is DENIED, and the portion of the Court's August 10th order (Dkt. No. 71) requiring Mr. Palmer to appear in person before the Court on August 21st is VACATED.

DATED this 17th day of August 2012.

John C. Coughenour
UNITED STATES DISTRICT JUDGE