The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALYSON HERFERT, TALANA WILEY, SHANNON GORDNER, KATHRYN DE PEUTER, BECKY KUHL, ALANNA WASKO, and DENIZ ZOELLER, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CRAYOLA LLC,

Defendant.

Case No. 2:11-cv-1301-JCC

**AMBER PEDERSON'S NOTICE OF WITHDRAWAL OF OBJECTIONS**

Amber Pederson moves this Court under Rule 23(e)(5) of the Federal Rules of Civil Procedure to withdraw her objection to the settlement of the Herfert, et al. v. Crayola matter.

Ms. Pederson made the objection in good faith, but she no longer wishes to go forward with her objections and asks the Court to allow the withdrawal.

/ / /

/ / /

/ / /

Steve Dashiak, Esq.
14900 Interurban Avenue South, Tukwila WA 98188
Phone (206) 595-6311

Counsel for Ms. Pederson has communicated by telephone and email with Class Counsel regarding the withdrawal of the objections.

Dated: September 21, 2012

By: ____/s/ Steve Dashiak____________
Steve Dashiak
Steve Dashiak, Esq. (Bar #39836)
14900 Interurban Avenue South
Tukwila, WA 98188
Phone: (206) 595-6311

Attorney for Objector Amber Pederson

**CERRTIFICATE OF SERVICE**

I hereby certify that on September 21, 2012, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Western District of Washington by using the USDC CM/ECF system.

I certify that service on participants in the case who are registered CM/ECF users will be accomplished by the USDC CM/ECF system.

By ___/s/ Steve Dashiak____
Steve Dashiak

AMBER PEDERSON'S NOTICE OF WITHDRAWAL OF OBJECTIONS
3:11-cv-1301-JCC - Page 2
Steve Dashiak, Esq.
14900 Interurban Avenue South, Tukwila WA 98188
Phone (206) 595-6311