FILED

SEP 26 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALYSON HERFERT; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> CRAYOLA, LLC, <br><br> Defendant - Appellee, <br><br> AMBER PEDERSON, <br><br> Claimant - Appellant. | No. 12-35393 <br><br> D.C. No. 2:11-cv-01301-JCC <br> Western District of Washington, Seattle <br><br> ORDER |

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

All other pending motions are denied as moot.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Arwen Swink
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

AS/MOATT